No. 295. SCHRAMM v. BRADY, WARDEN. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Charles E. Schramm, pro se.*

No. 298. SHOTKIN ET UX. v. BOARD OF PENSIONS OF THE PRESBYTERIAN CHURCH OF THE UNITED STATES. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Bernard M. Shotkin, pro se.*

No. 307. PICKING ET AL. v. STATE OF NEW YORK. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Court of Appeals of New York denied. *Ida M. Picking, pro se.*

No. 313. ADAMS ET AL. v. UNITED STATES. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James F. Kemp* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 316. BROWN v. CAPITAL TRANSIT Co. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Isadore H. Halpern* for petitioner. *Messrs. S. R.*

*Bowen, H. W. Kelly,* and *R. E. Lee Goff* for respondent.

No. 324. SMITH *v.* LAWRENCE, WARDEN. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. M. A. Grace* for petitioner. *R. H. Lawrence, pro se.*

No. 338. LOUISIANA EX REL. PIERRE *v.* JONES, GOVERNOR. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. Maurice R. Woulfe* for petitioner.

No. 342. ADDISON *v.* ADDISON. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Superior Court of Pennsylvania denied. *Mr. H. Eugene Gardner* for petitioner. *William Marlborough Addison, pro se.*

No. 352. LEIMER *v.* COOK, JUDGE. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Jackson County, Missouri, denied. *Walter A. Leimer, pro se.*

No. 381. VILES *v.* SYMES ET AL. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Edmund L. Viles, pro*